O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | ) ) ) | Case No. CV 14-02244 DDP (AGRx) |
| Plaintiff, | ) ) ) | **ORDER GRANTING PLAINTIFF NATIONWIDE INSURANCE'S MOTION FOR DISCHARGE AND AUTHORIZING REASONABLE ATTORNEYS' FEES** |
| v. | ) ) | |
| BANK OF AMERICA, N.A., et al., | ) ) ) | [docket number 28] |
| Defendants. | ) | |

Having considered the parties' arguments regarding Plaintiff's Motion for Discharge And Leave To Deposit Funds Into the Registry Of The Court And Request For Attorneys' Fees And Costs, the Court grants the motion as follows.

As a disinterested stakeholder facing competing demands for the $118,000 in insurance policy benefits in dispute in this Action (the "Stake"), Plaintiff is granted leave to deposit funds into the Registry of the Court.

A court may award a stakeholder reasonable attorneys' fees and costs in bringing an interpleader. "The amount of fees to be awarded in an interpleader action is committed to the sound discretion of the district court." Trustees of Directors Guild of

<u>Am.-Producer Pension Benefits Plans v. Tise</u>, 234 F.3d 415, 426 (9th Cir. 2000). Having reviewed Plaintiff's billing records, the Court finds that Plaintiff incurred $15,890.00 in reasonable attorneys' fees and $775.70 in costs. Accordingly, Plaintiff is ordered to deposit $101,334.30 into the Registry of the Court, representing the Stake minus Plaintiff's reasonable attorneys' fees and costs. Plaintiff shall file proof of deposit of $101,334.30 into the Registry of the Court within 30 days. Upon deposit of the Stake into the Registry of the Court, Plaintiff shall be dismissed with prejudice from this Action and discharged from all liability for the Stake.

IT IS SO ORDERED.

Dated: October 2, 2014

DEAN D. PREGERSON
United States District Judge