JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　Stakeholder-Plaintiff,<br><br>　　vs.<br><br>SHIRLEY BROWN, an individual; BANK OF AMERICA, N.A.; and Does 1 through 100, Inclusive,<br><br>　　　　Claimant-Defendants. | Case No. 2:14-cv-02244-DDP-AGRx<br><br>*Hon. Dean D. Pregerson*<br><br>**JUDGMENT OF DISMISSAL**<br><br><br>Date Action Filed: March 24, 2014<br>Cross-Claim Filed: May 14, 2014<br>Trial Date: October 13, 2015 |
|---|---|

[PROPOSED] JUDGMENT

The Court, having granted Claimant and Cross-Defendant Bank of America, N.A.'s ("BANA") Motion for Judgment on the Pleadings (Docket No. 48) with its August 26, 2015, Order (Docket No. 77), without giving Claimant and Cross-Claimant Shirley Brown ("Brown") leave to amend her Cross-Claim (Docket No. 18),

**HEREBY ORDERS:**

1. The entire Intervenor action (Docket No. 1) is dismissed with prejudice.
2. The Stake (see Docket No. 28) shall be disbursed to BANA, to be applied to the balance of Brown's mortgage loan.

**JUDGMENT IS SO ENTERED.**

Dated: October 06, 2015

Hon. Dean D. Pregerson
United States District Judge